EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>     Plaintiff,   )<br>            )<br>  vs.       )<br>            )<br>JASON BERNARD BORGE,   )<br>            )<br>     Defendant.   )<br>_____ ) | CR. NO. CR03-00562 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. §922(g)(1); 18<br>U.S.C. §922(g)(3); and<br>18 U.S.C. §924(a)(2)] |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(1) and §924(a)(2)]

The Grand Jury charges:

On or about November 20, 2003, in the District of Hawaii, defendant, JASON BERNARD BORGE, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed in and affecting commerce, ammunition, to wit, five .12 gauge Winchester Super X shotgun shells.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

[18 U.S.C. §922(g)(3) and §924(a)(2)]

The Grand Jury further charges:

On or about November 20, 2003, in the District of Hawaii, defendant, JASON BERNARD BORGE, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce, ammunition, to wit, five .12 gauge Winchester Super X shotgun shells.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: _____12·4·03_____, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. JASON BERNARD BERGE
Cr. No. _____
"Indictment"

3